UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kristin A. Ennis,<br><br>            Plaintiff,<br><br>      v.<br><br>County Line Carriage, Inc.; and<br>DOES 1-10, inclusive,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:   **Civil Action No.: 3:13-cv-00301-SRU**<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated June 3, 2013

                                                                    Respectfully submitted,

                                                                    PLAINTIFF, Kristin A. Ennis

                                                                    /s/ Sergei Lemberg

                                                                    Sergei Lemberg, Esq.
                                                                    LEMBERG & ASSOCIATES L.L.C.
                                                                    1100 Summer Street, 3rd Floor
                                                                    Stamford, CT 06905
                                                                    Telephone: (203) 653-2250
                                                                    Facsimile:  (203) 653-3424
                                                                    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 3, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Paul S. Rainville, Esq.
Hassett & Donnelly, P.C.
446 Main Street, 12th Floor
Worcester, MA 01608

              By /s/ Sergei Lemberg
                 Sergei Lemberg