UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kristin A. Ennis, | |
| Plaintiff, | Civil Action No.: 3:13-cv-00301-SRU |
| v. | |
| County Line Carriage, Inc. d/b/a Auto Jocks; and DOES 1-10, inclusive, | |
| Defendants. | |

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation; IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants County Line Carriage, Inc. d/b/a Auto Jocks and Does 1-10, inclusive, with prejudice and without costs to any party.

| | |
|---|---|
| Kristin A. Ennis | County Line Carriage, Inc. d/b/a Auto Jocks |
| /s/ Sergei Lemberg | /s/ Paul S. Rainville |
| Sergei Lemberg, Esq. (Juris No. 425027)<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor | Paul S. Rainville, Esquire #561945<br>Hassett & Donnelly, P.C.<br>446 Main Street, 12th Floor |

Stamford, CT  06905                                 Worcester, MA 01608
(203) 653-2250                                      (508) 791-6287
Attorney for Plaintiff                              Attorney for Defendant


_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF), which sent notice of such filing to the following

Paul S. Rainville
Hassett & Donnelly, P.C.
446 Main Street, 12th Floor
Worcester, MA 01608

                                            By /s/ Sergei Lemberg
                                                 Sergei Lemberg